# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

2006 JUN -9  A 9: 26

| | | |
|---|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM "BOBBY" JOINER and KIMBERLY JOINER, | : | |
| Defendants. | : | NO. CV206-110 |

### O R D E R

On May 26, 2006, the Court, having found that Defendants used VALIC trade secrets, i.e. client identity and account information, to solicit previous VALIC clients to roll their accounts to Merrill Lynch, entered an order granting Plaintiff's request for a temporary injunction enjoining Defendants from further solicitation.  Presently before the Court is Defendants' motion for reconsideration.

Having read and carefully considered Defendants' motion, the Court finds no reason to disturb its previous order.

AO 72A
(Rev. 8/82)

Accordingly, Defendants' motion for reconsideration (Doc. No. 23) is **DENIED**.

Any questions raised in the motion for reconsideration will be addressed at the hearing on the preliminary injunction set for 9:00 o'clock a.m., on Thursday, July 6, 2006, at Courtroom No. 1, Federal Building, 801 Gloucester Street, Brunswick, Georgia.

The parties shall file three copies of Proposed Findings of Fact, Conclusions of Law and Proposed Judgment, and three copies of their witness and exhibit lists, on or before June 28, 2006 with the clerk's office in Brunswick, Georgia.

Furthermore, the parties shall notify the Court no later than June 28, 2006, if they consent to having the trial of the action on the merits advanced and consolidated with the hearing on the preliminary injunction, pursuant to Federal Rule of Civil Procedure 65(a)(2).

**SO ORDERED,** this 9th day of June, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)