# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | | |
|---|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM "BOBBY" JOINER and KIMBERLY JOINER, | : | |
| Defendants. | : | NO. CV206-110 |

### O R D E R

On May 26, 2006, the Court entered an order granting Plaintiff's request for a temporary injunction enjoining Defendants from further solicitation. Presently before the Court is Defendants' motion for clarification.

Having read and carefully considered Defendants' motion, the May 26, 2006, Order is clarified as follows:

(1) While the Joiners are enjoined from soliciting any person who is or was a customer of VALIC or its affiliated companies and who is within the Joiners' assigned territory at any time during the one year period immediately preceding March

AO 72A
(Rev. 8/82)

21, 2006, they are not enjoined from receiving telephone calls from customers, responding to the customers' questions and accepting business from any such customer who initiates communication with the Joiners, and whom the Joiners did not solicit subsequent to the entry of the May 26, 2006, Order.

(2) To the extent that the Joiners have within their possession documents or information voluntarily given to them by the customers after the Joiners' departure from VALIC, such documents or information is not considered by the Court to be property of VALIC and, thus, is not subject to the Court's mandate in the May 26, 2006, Order requiring the Joiners to return VALIC property to VALIC.

**SO ORDERED**, this _16_ day of June, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)