# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

THE VARIABLE ANNUITY           :          CIVIL ACTION
LIFE INSURANCE COMPANY,
                               :
    Plaintiff,
                               :
    v.
                               :
WILLIAM "BOBBY" JOINER
and KIMBERLY JOINER,           :

    Defendants.                :          NO. CV206-110

## O R D E R

Plaintiff, Variable Annuity Life Insurance Company ("VALIC"), has filed an emergency motion seeking reconsideration of the Court's June 23, 2006 Order compelling NASD arbitration.

Having read and considered Plaintiff's motion, the Court finds that VALIC has failed to offer any new information or argument that has not already been fully considered. Thus, VALIC's Emergency Motion for Reconsideration (Doc. No. 44) is **DENIED**.

**SO ORDERED**, this ____ day of July, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)