# In the United States District Court for the Southern District of Georgia Brunswick Division



| | | |
|---|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM "BOBBY" JOINER and KIMBERLY JOINER, | : | |
| Defendants. | : | NO. CV206-110 |

### O R D E R

By Order dated May 26, 2006, the Court granted Plaintiff's motion for temporary injunction and on June 9, 2006, set an evidentiary hearing on the preliminary injunction for July 6, 2006. In light of the Court's June 22, 2006, Order granting Defendants' motion to compel arbitration and stay these proceedings, and Plaintiff's subsequent challenge to the arbitrator's jurisdiction, Defendants have not been afforded an opportunity for a full hearing on the preliminary injunction in either forum.

AO 72A
(Rev. 8/82)

Therefore, it is hereby **ORDERED** that the stay of proceedings previously entered in the above captioned case be **LIFTED**. The Clerk is directed to reopen the case.

An evidentiary hearing on Plaintiff's motion for preliminary injunction is set for 9:00 o'clock A.M., on Wednesday, August 16, 2006, at Courtroom No. 1, Federal Building, 801 Gloucester Street, Brunswick, Georgia.

**SO ORDERED**, this 10th day of August, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA