# In the United States District Court
# Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| THE VARIABLE ANNUITY<br>LIFE INSURANCE COMPANY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM "BOBBY" JOINER<br>and KIMBERLY JOINER, | : | |
| Defendants. | : | NO. CV206-110 |

## PRELIMINARY INJUNCTION

In accordance with the Court's Findings of Fact and Conclusions of Law made pursuant to Federal Rule of Civil Procedure 52(a) and filed contemporaneously herewith, the Court hereby **ORDERS** that the Joiners (and their employees, agents or representatives, or any person working in concert with the Joiners or on the Joiners' behalf) shall not directly or indirectly:

   1. Use or disseminate VALIC's confidential and proprietary information, including, but not limited to, customer requirements and other software and marketing plans

provided to the Joiners by VALIC, whether maintained electronically or otherwise;

2. Misappropriate, as defined or proscribed by the Georgia Trade Secrets Act, VALIC's trade secrets including, but not limited to, customer identities and account information, and the materials, processes, data, documentation, and knowledge embodied in 4Sight, AgileNet, and other licensed software described in the computer Schedule. Such information is a trade secret, whether contained in an electronic, printed or other format, or whether committed, in whole or part, to the Joiners' memory; and

3. Induce or attempt to induce any "Protected Customer" to end or alter their relationship with VALIC. "Protected Customer" is any person who is or was a customer of VALIC, and who was within the Joiners' territory and assigned to the Joiners during the one-year period immediately preceding termination of their employment with VALIC. "Protected Customer" includes any of the foregoing whom the Joiners have induced, or communicated with for the purpose of inducing those "Protected Customers," to end or alter their relationship with VALIC at any time prior to the issuance of this Order.

For purposes of the preliminary injunction, "induce" includes, but is not limited to, solicit, influence, persuade,

AO 72A
(Rev. 8/82)

recommend, advise, encourage, suggest, remind, instigate, incite, prompt, cause, abet, effect, provide competing product information, entice, or invite.

The injunction is conditioned upon VALIC's continued retention with the Court a bond in the amount of three hundred thousand dollars ($300,000) as approved by the Clerk of Court, for the payment of such costs and damages as may be incurred or suffered by the Joiners if they are found to have been wrongfully enjoined or restrained.

**SO ORDERED**, this  31st  day of August, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA