IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

THE VARIABLE ANNUITY LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

WILLIAM "BOBBY" JOINER and
KIMBERLY JOINER,

    Defendants.

CIVIL ACTION NO.: CV206-110

## ORDER

The Defendants' Emergency Motion to Stay Proceeding Pending Appeal is hereby **DENIED**.

**SO ORDERED**, this 17th day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)