IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR -8  A 10: 58

CLERK _____

| | |
|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY (VALIC), | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: CV206-110 |
| WILLIAM "BOBBY" JOINER and KIMBERLY JOINER, | |
| Defendants. | |

## ORDER

As the Court has entered an Order on Plaintiff's Motion for Preliminary Injunction, Plaintiff's Motion to Strike Defendants' supplemental brief is moot. Plaintiff's Motion to Strike (Doc. 75) is **dismissed**.

**SO ORDERED**, this 8th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)